UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
11 JAN 13 AM 9:03
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>BRIAN MISAK (3),<br><br>                              Defendant. | CASE NO. 08CR4229-JLS<br><br>JUDGMENT OF DISMISSAL |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_   the Court has dismissed the case for unnecessary delay; or

\_   the Court has granted the motion of the Government for dismissal; or

\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_   a jury has been waived, and the Court has found the defendant not guilty; or

X   the Court has granted the parties joint request to dismiss all charges without prejudice.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 12, 2011

JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE